UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

DEBORAH DAGIT,
               Plaintiff,              :             12 Civ. 5649 (ALC) (KNF)

   -against-                           :             **ORDER ADOPTING REPORT**
                                                                           **& RECOMMENDATION**
TILLAMOCK N.V., INC. AND TILLAMOCK   :
HOLDINGS, JOHN DOES 1-10, ABC, DEF,
AND GHI                                            :

               Defendants.            :

------------------------------------------------------------X

| USDC SDNY |
| --- |
| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC #:_____ |
| DATE FILED: 7-10-13 |

**ANDREW L. CARTER, United States District Judge:**

      By Report and Recommendation dated March 13, 2013, Magistrate Judge Kevin Fox recommended dismissal without prejudice of Plaintiff Deborah Dagit's claim for failure to prosecute. The Report and Recommendation provided 14 days from service of the Report in which Dagit could file objections. It further noted that any request for extensions of time should be directed to the Clerk of the Court, with courtesy copies to both chambers. The Report warned that failure to file objections within 14 days will result in waiver of objections and preclude appellate review. As of the date of this Order, Dagit has not filed any objections to the Report and Recommendation. Dagit likewise has not requested an extension of time for filing objections.

      Pursuant to 28 U.S.C. § 636(b)(1)(B), a magistrate judge may "submit to a judge of the court proposed findings of fact and recommendations for the disposition, by a judge of the court," of an involuntary motion to dismiss. The scope of review of the magistrate's report is *de novo*. The Court has reviewed the Report and Recommendation as well as the case docket, reflecting that Dagit has not yet served Defendants with a copy of the complaint and has otherwise failed to prosecute the case, despite a warning that the case could be dismissed for failure to prosecute. (*See* Dkt. No. 6).

      Accordingly, the Court adopts the Report and Recommendation in its entirety. Dagit's complaint is dismissed without prejudice.

SO ORDERED.

Dated:     July 10, 2013
               New York, New York

_____
United States District Judge

7-10-13